| **CONFIRMATION For Process Serving** | **ONE LEGAL LLC** |  |
|---|---|---|

**This is not an Invoice**

| **ONE LEGAL CONFIRMATION FOR ORDER NO.:** | 14835253 | **DATE:** | 07/06/2020 |
|---|---|---|---|

| | |
|---|---|
| **Customer:** Vaziri Law Group | **Attorney:** Matthew Taylor |
| **Customer No.:** 0071159 | **Attorney e-mail:** mtaylor@vazirilaw.com |
| **Address:** Los Angeles, CA 90036 | **Contact:** Ruben Zarate |
| | **Contact e-mail:** rzarate@vazirilaw.com |
| | **Contact Phone:** (323)405-2704 |
| | **Contact Fax:** |
| | **Law Firm File No.:** |

**CASE INFORMATION:**

| | |
|---|---|
| **Case Number:** | 3:20--cv-04192 |
| **County:** | San Francisco |
| **Court:** | United States District Court, Northern District of California |
| **Case Short Title:** | Daniel Valles vs. Fort Mason, et al. |

| **DOCUMENTS RECEIVED:** | **No. Docs:** 3 | **No. Pgs:** 27 |
|---|---|---|

Complaint, Civil Case Cover Sheet, Summons

| **Party to Serve:** The Guardsmen | **Service Address:** 1016 Lincoln Blvd., 205 San Francisco, CA 94129 |
|---|---|

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| **Notes:** | **Services:** | **Summary of Charges:** |
|---|---|---|
| Service Status:   Service Complete | Process Serving - Three Day<br>Mailing Declaration<br>Process Serving Copy Charge | 80.00<br>20.00<br>6.75 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:**   106.75 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.
Customer Support I Ph:  1-800-938-8815

```
1   Matthew Taylor, 252556
    (323)405-2704
2   Vaziri Law Group
    5757 Wilshire Blvd, Suite 670
3   Los Angeles, CA 90036
4   Representing: Plaintiff                           File No.
```

United States District Court, Northern District of California

Northern District of California - District - San Francisco

| | |
|---|---|
| Daniel Valles | Case No. 3:20--cv-04192 |
| Plaintiff/Petitioner | Proof of Service of: |
| vs. | Complaint, Civil Case Cover Sheet, Summons |
| Fort Mason, et al. | |
| Defendant/Respondent | Service on: |
| | The Guardsmen |
| | Hearing Date: |
| | Hearing Time: |
| | Div/Dept: |

PROOF OF SERVICE

OL#14835253

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Matthew Taylor, 252556<br>Vaziri Law Group<br>5757 Wilshire Blvd, Suite 670<br>Los Angeles, CA 90036 | (323)405-2704 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Daniel Valles

DEFENDANT:
Fort Mason, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 3:20--cv-04192 |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
   Complaint, Civil Case Cover Sheet, Summons

2. Party Served:   The Guardsmen

3. Person Served:   - Person Authorized to Accept Service of Process

   a. Left with:   Taina steinberg Caucasian female 5'4 140lb  - Person Authorized to Accept

4. Date & Time of Delivery:   07/01/2020        2:05PM

5. Address, City and State:   1016 Lincoln Blvd., 205
   San Francisco, CA 94129

6. Manner of Service:   By leaving the copies with or in the presence of Taina steinberg Caucasian female 5'4 140lb , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 106.75

Registered California process server.
County:  San Mateo
Registration No.: 521
Priscila Carmona
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 07/01/2020 at Petaluma, California.

Signature: _____
Priscila Carmona
OL#: 14835253

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Matthew Taylor, 252556<br>Vaziri Law Group<br>5757 Wilshire Blvd<br>Los Angeles, CA 90036 | (323)405-2704 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Daniel Valles

DEFENDANT:
Fort Mason, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:20--cv-04192 |
|---|---|---|---|---|

BY FAX

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 07/01/2020, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Civil Case Cover Sheet, Summons

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

The Guardsmen

1016 Lincoln Blvd., 205
San Francisco, CA 94129

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 106.75

| Eloi Garcia<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 07/01/2020 at Petaluma, California.<br><br>*Eloi Garcia*<br><br>Eloi Garcia<br>OL#:   14835253 |
|---|---|