1  Matthew Taylor, 252556
   (323)405-2704
2  Vaziri Law Group
3  5757 Wilshire Blvd, Suite 670
   Los Angeles, CA 90036
4  Representing: Plaintiff                              File No.

5

6

7

8                     United States District Court, Northern District of California

9                     Northern District of California - District - San Francisco

10

11

12 Daniel Valles
                                                )       Case No. 3:20-cv-04192
13                                              )
                                                )       Proof of Service of:
14         Plaintiff/Petitioner                 )
                                                )          Complaint, Civil Case Cover Sheet, Summons
15              vs.                             )
                                                )
16 Fort Mason, et al.                           )
                                                )
17                                              )
           Defendant/Respondent                 )
18 _____)
                                                        Service on:
19                                                         United States of America
20
21
22                                                      Hearing Date:
                                                        Hearing Time:
23                                                      Div/Dept:
24
25
26
27
28

                                    PROOF OF SERVICE

OL#14835342

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Matthew Taylor, 252556<br>Vaziri Law Group<br>5757 Wilshire Blvd, Suite 670<br>Los Angeles, CA 90036<br>TELEPHONE NO.: (323)405-2704<br>ATTORNEY FOR *(Name)*: Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF/PETITIONER: Daniel Valles
DEFENDANT/RESPONDENT: Fort Mason, et al.

CASE NUMBER: 3:20-cv-04192

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

**BY FAX**

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Complaint, Civil Case Cover Sheet, Summons

3. a. Party served: United States of America

   b. Person Served: - Person Authorized to Accept Service of Process

4. Address where the party was served: 450 Golden Gate Avenue
   San Francisco, CA 94102

5. I served the party
   b. **by substituted service.** On (date): 07/02/2020   at (time): 10:57AM   I left the documents listed in item 2 with or in the presence of: John Doe Caucasian male 5'9 180lb brown hair - Person Authorized to Accept
   (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. on behalf of:
   United States of America

   under: CCP 416.50 (public entity)

7. **Person who served papers**
   a. Name: Priscila Carmona
   b. Address: One Legal - P-000618-Sonoma
      1400 North McDowell Blvd, Ste 300
      Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 106.75
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 521
         (iii) County San Mateo

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 07/02/2020

Priscila Carmona
(NAME OF PERSON WHO SERVED PAPERS)

*(signature)* EPC
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
OL# 14835342

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Matthew Taylor, 252556<br>Vaziri Law Group<br>5757 Wilshire Blvd<br>Los Angeles, CA 90036 | (323)405-2704 | |
| ATTORNEY FOR *(Name):* Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

Northern District of California - District - San Francisco
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Daniel Valles

DEFENDANT:
Fort Mason, et al.

| **PROOF OF SERVICE BY MAIL** | | | CASE NUMBER:<br>3:20-cv-04192 |
|---|---|---|---|

## BY FAX

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 07/02/2020, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Civil Case Cover Sheet, Summons

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

United States of America

450 Golden Gate Avenue

San Francisco, CA 94102

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 106.75

| | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 07/02/2020 at Petaluma, California. |
|---|---|
| One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | *Eloi Garcia*<br><br>Eloi Garcia<br>OL# 14835342 |